IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02271-BNB

JESUS M. ORTIZ,

    Plaintiff,

v.

DOUGLAS COUNTY JAIL,
LT. LAURIE ANDERSON, and
ARAMARK INC.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 3 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On October 9, 2008, Plaintiff Jesus M. Ortiz submitted to the Court a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. At the time Plaintiff initiated the instant action, he was detained at the Douglas County Jail in Castle Rock, Colorado.

On October 20, 2008, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Ortiz to submit a certified copy of his trust fund account statement for the six months immediately preceding the filing of the instant action. Magistrate Judge Boland also instructed Mr. Ortiz to submit a Prisoner Complaint form that listed the same defendants in both the caption and in Section "A. Parties." Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The October 20, 2008, Order to cure was returned to the Court on October 27, 2008, and the envelope, in which the Order was sent to Mr. Ortiz, was marked, "Not Deliverable as Addressed Unable to Forward" and "Released 10/9/08 to USM." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within five days of any change of address. Nonetheless, Mr. Ortiz now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 3 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02271-BNB

Jesus M. Ortiz
Reg. No. 66065-061
Douglas County Jail
4000 Justice Way
Castle Rock, CO 80109

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/3/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk